**DISMISS and Opinion Filed July 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00132-CV

## VOLLARA, LLC AND DBG GROUP INVESTMENTS, LLC, Appellants
## V.
## ENAGIC USA, INC., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-00513**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

Before the Court is appellants' July 17, 2014 unopposed motion to dismiss the appeal.

Appellants have informed the Court that the parties have settled their differences. Accordingly,

we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


140132F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VOLLARA, LLC AND DBG GROUP
INVESTMENTS, LLC, Appellants

No. 05-14-00132-CV        V.

ENAGIC USA, INC., Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-00513.
Opinion delivered by Justice Bridges.
Justices Francis and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, ENAGIC USA, INC., recover its costs of this appeal from appellants, VOLLARA, LLC AND DBG GROUP INVESTMENTS, LLC.

Judgment entered July 28, 2014